PATRICK K. O'TOOLE
United States Attorney
MICHAEL G. WHEAT
Assistant U.S. Attorney
California State Bar No. 118598
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5408

Attorneys for Plaintiff
United States of America

FILED

01 SEP 28 AM 8:51

CLERK U.S. DISTRICT COURT,
SOUTHERN DISTRICT OF CALIFORNIA

BY:                          DEPUTY

ORDERED UNSEALED on 07/9/2024    s/ rmc

ORDERED SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'01 mg 2358

In the Matter of the Complaint for )        Case No.
                                    )
OMAR AHMED AL-BAYOUMI               )        **ORDER SEALING COMPLAINT**
                                    )        **AND ARREST WARRANT**
                                    )
_____)

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, that is, a continuing criminal investigation,

IT IS HEREBY ORDERED that the arrest warrants, complaint and affidavit in support of the captioned matter, and this order be sealed until further order of this Court.

DATED: September 27, 2001.

RUBEN B. BROOKS
United States Magistrate Judge

Presented by:

PATRICK K. O'TOOLE
United States Attorney

MICHAEL G. WHEAT
Assistant U.S. Attorney